

# NUMBER 13-12-00787-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RAMIRO R. ARMENDARIZ,                                  **Appellant,**

**v.**

**STATE FARM LLOYDS AND DANIEL LONGORIA,**        **Appellees.**

### On appeal from the 445th District Court
### of Cameron County, Texas

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Order Per Curiam

This cause is before the Court on the appellees' motion to dismiss the appeal with prejudice or to abate the appeal.   Appellees state that the parties have agreed to dismiss the appeal and appellees have delivered settlement documents to appellant.   Appellees have not received the signed release or motion to dismiss from appellant and requests

this Court enforce the agreement and dismiss the appeal, or direct appellant to deliver the executed release, join in the motion to dismiss, and abate the appeal.

The Court, having examined and fully considered the documents on file and the motion to dismiss the appeal with prejudice or to abate the appeal, is of the opinion that the motion to abate the appeal should be granted. The motion to abate the appeal is GRANTED, and appellant is directed to deliver the executed release and join in the motion to dismiss. This appeal is ordered ABATED until May 26, 2015, or upon further order of this Court. Appellees' motion to dismiss the appeal with prejudice is CARRIED WITH THE CASE.

PER CURIAM

Delivered and filed the
1st day of April, 2015.